IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        Case No. 09-20066

WILLIAM EARL MEFFORD                                        DEFENDANT

## **ORDER**

In accordance with the opinion of the United States Court of Appeals for the Eighth Circuit filed March 30, 2012, and the mandate issued on April 24, 2012, the Court issues the following briefing schedule.

The briefs should be limited to the merits of Defendant's non-delegation claim which is the sole issue on remand. Defendant is directed to file his brief by May 14, 2012. Plaintiff has fourteen (14) days after such filing to submit any response.

IT IS SO ORDERED this 30th day of April 2012.

                                       /s/ Robert T. Dawson
                                       Honorable Robert T. Dawson
                                       United States District Judge